IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DANTONE, on behalf of himself and all others similarly situated,<br>          Plaintiff<br><br>    v.<br><br>KING'S COLLEGE,<br>          Defendant | : : : : : : : : : : : | No. 3:23cv1365<br><br>(Judge Munley) |

**ORDER**

**AND NOW**, to wit, this 29th day of August 2024, Defendant King's College's motion to dismiss (Doc. 11) is hereby **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court