UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DANTONE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KING'S COLLEGE,<br><br>Defendant. | Case No. 3:23-cv-01365-JKM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, stipulate and agree in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that, no class having been certified in the action, the action is hereby dismissed with prejudice and without fees or costs to any party. Plaintiff Dantone's affidavit stating his desire to withdraw as Plaintiff and class representative from this litigation is attached hereto as **Exhibit A.**

Dated: September 16, 2025

*/s/ Renee N. Smith*
Renee N. Smith (PA 65866)
Andrew J. Bellwoar (admitted pro hac vice)
**JACKSON LEWIS P.C.**
1601 Cherry Street

Respectfully Submitted,

*/s/ Nicholas Colella*
Nicholas Colella (PA 332699)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243

Philadelphia, PA 19102
T: 267-319-7802
F: 215-399-2249
renee.smith@jacksonlewis.com
andrew.bellwoar@jacksonlewis.com

*Counsel for Defendant*

Fax: 412-231-0246
nickc@lcllp.com

*Counsel for Plaintiff and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 16, 2025, a true and correct copy of the foregoing was filed through the Court's Electronic Case Filing (ECF) System and that the following attorneys of record are registered to receive notice of said filing through ECF:

Renee N. Smith
Andrew J. Bellwoar
JACKSON LEWIS P.C.
1601 Cherry Street
Philadelphia, PA 19102
Renee.Smith@jacksonlewis.com
Andrew.Bellwoar@jacksonlewis.com

*/s/ Nicholas A. Colella*
Nicholas A. Colella